UNITE STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X   Case No. 18-cv-4386-ILG-RER

MISS JONES LLC,

                              Plaintiff,   ORDER TO SHOW CAUSE
- Against –   TO VCATE JUDGMENT OF
MING KANG LOW, CITIBANK (SOUTH   FORECLOSURE AND SALE
DAKOTA) N.A. and NEW YORK CITY   AND DEFENDANT MING KANG
ENVIRONMENTAL CONTROL BOARD   LOW'S DEFAULT

                              Defendant
--------------------------------------------------------X

      Upon the Memorandum of Law of Chi-Yuan Hwang, Esq. dated August 16, 2022. and affidavit of Ming Kang Low dated August 15, 2022 with all the exhibits, it is:

      ORDERED, that Plaintiff Miss Jones LLC show cause before this Court, at room \_\_\_\_\_ United States Courthouse, for the Eastern District of New 311 WhitterDefendant's reponseYork, in the Courthouse, located at 225 Cadman Plaza E., Brooklyn, New York on _____ _____, 2022 at _____ O'Clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 60 (b) (1), b (4) and (5) of the Federal Rule of Civil Procedure to vacate default judgment of foreclosure and sale filed 05/03/2019 and vacate the defendant, Ming Kang Low's default, and it is further

      ORDERED, a copy of this Order, together with the papers upon which it is granted, be served upon Miss Jones LLC at Alan H. Weinreb, Esq. at 165 Eileen Way, Suite 101, Syosset, New York 11791 be deemed good and sufficient.

Dated: _____, _____, 2022

                                                                        Enter

                                                           _____
                                                            United States District Judge