Shauna M. Deluca, Esq.
**HASBANI & LIGHT, P.C.**
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (212) 643-6677
sdeluca@hasbanilight.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MISS JONES, LLC,<br><br>*Plaintiff,*<br>-against-<br><br>MING KANG LOW, CITIBANK (SOUTH DAKOTA) N.A., and NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,<br><br>*Defendants.* | Case No: 1:18-cv-04386-ILG-RER<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff, Miss Jones, LLC, in the above-entitled action. I am admitted or otherwise authorized to practice in this court.

Dated: New York, New York
         August 23, 2022

                                                                */s/ Shauna M. Deluca*

                                                                Shauna M. Deluca, Esq.